# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:19-cv-00007-FDW
# (5:16-cr-00046-FDW-DSC-2)

| | |
|---|---|
| **TANGIE NICOLE CARROLL,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) ORDER |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Respondent. | ) |
| | ) |

**UPON MOTION** of the Government [Doc. 4] for enlargement of time within which to file a response to Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, and for good cause shown,

**AND UPON MOTION** of the Petitioner [Doc. 6] for an enlargement of time within which to file a Reply to the Government's Response Motion under 28 U.S.C. § 2255, and for good cause shown,

**IT IS HEREBY ORDERED** that the Government's motion will be granted and the Response [Doc. 5] filed on April 30, 2019 is deemed timely filed,

**IT IS FURTHER ORDERED** that Petitioner shall have thirty (30) days from the date of this Order in which to file a Reply.

**IT IS THEREFORE ORDERED THAT**:

(1) Government's motion for an extension of time [Doc. 4] is **GRANTED** and the Government's Response [Doc. 5] is deemed timely filed.

(2) Petitioner's motion for an extension of time [Doc. 6] is **GRANTED** and the Petitioner shall have thirty (30) days from the date of this Order in which to file a Reply to the

Government's Response to Motion under 28 U.S.C. § 2255.

**IT IS SO ORDERED**.

Signed: May 23, 2019

Frank D. Whitney
Chief United States District Judge